IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| FERNANDO GARCIA | : | NO. 04-662-1 |

ORDER

AND NOW, this 10th day of January, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the petition of Fernando Garcia for relief under 28 U.S.C. § 2255 (improperly characterized as a writ of audita querela) (Doc. #126) is DENIED;

(2) a certificate of appealability is not issued; and

(3) the motion of Fernando Garcia for appointment of counsel (Doc. #127) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.